PEOPLE v. EARL H. WILLIAMS

Appeal from Calhoun, Coleman (Creighton R.), J. Submitted Division 3 December 3, 1968, at Grand Rapids. (Docket No. 3,495.) Decided December 20, 1968.

Earl H. Williams was convicted of assault with intent to commit rape. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *John M. Jereck,* Prosecuting Attorney, and *Peter W. Hirsch,* Assistant Prosecuting Attorney, for the people.

*Robert P. Jones, Jr.,* for defendant on appeal.

Per Curiam. Defendant appeals his conviction by a jury of the crime of assault with intent to commit rape. Defendant argues on appeal that the trial court's instruction to the jury regarding intoxication as a defense was erroneous and prejudicial.

We have examined the record and find no prejudicial error in the instruction as given by the trial court.

Affirmed.

R. B. Burns, P. J., and J. H. Gillis and Corkin, JJ., concurred.